## CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY v. HARBIN.

[No. 2,806. Filed June 13, 1899.]

From the Knox Circuit Court. *Reversed.*

*John T. Dye*, and *W. H. Dye*, for appellant.
*W. A, Cullop* and *C. B. Kessinger*, for appellee.

COMSTOCK, C. J.—The question presented by this appeal was passed upon in *Cleveland, etc., R. Co.* v. *Quillen*, *ante*, 496. Upon the authority of that decision, the judgment of the lower court is reversed, with instruction to the court below to sustain appellant's motion for a new trial.

## CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY v. BROOKS.

[No. 2,807. Filed June 27, 1899.]

From the Knox Circuit Court. *Reversed.*

*John T. Dye*, for appellant.
*W. A. Cullop* and *C. B. Kessinger*, for appellee.

COMSTOCK, C. J.—The question presented by this appeal was passed upon in *Cleveland, etc., R. Co.* v. *Quillen*, *ante*, 496. Upon the authority of that decision, the judgment of the lower court is reversed, with instruction to the court below to sustain appellant's motion for a new trial.

## CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY v. LANDON.

[No. 2,808. Filed June 27, 1899.]

From the Knox Circuit Court. *Reversed.*

*John T. Dye*, for appellant.
*W. A. Cullop and C. B. Kessinger*, for appellee.

COMSTOCK, C. J.—The question presented by this appeal was passed upon in *Cleveland, etc., R. Co.* v. *Quillen*, *ante*, 496. Upon the authority of that decision, the judgment of the lower court is reversed, with instruction to the court below to sustain appellant's motion for a new trial.